JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION
FILED

JUL 10 1987

PATRICIA D. HOWARD
CLERK OF THE PANEL

DOCKET NO. 734

BEFORE THE JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

IN RE LITIGATION INVOLVING WALTER M. GUYER

ORDER DENYING MOTION AS MOOT
AND
VACATING JULY 23, 1987 HEARING

The Panel has been informed by the clerk's office in the Middle District of Pensylvania that <u>Walter M. Guyer v. Dr. Plumb, et al.</u>, C.A. No. CV86-1663, was dismissed on June 25, 1987. Movant has recently notified the Panel that he has several related actions in the District of Delaware. The clerk's office in the District of Delaware has informed the Panel that movant does not have any actions presently pending there.[1/] The other four actions now before the Panel are all pending in the Eastern District of Pennsylvania.

IT IS THEREFORE ORDERED that the motion pursuant to 28 U.S.C. §1407 be, and the same hereby is, DENIED as moot.

IT IS FURTHER ORDERED that the Hearing Order and attached Schedule filed on June 19, 1987, as amended on June 19, 1987, and June 23, 1987, be, and the same hereby are, VACATED insofar as they relate to the above-captioned litigation.

FOR THE PANEL:

Andrew A. Caffrey
Chairman

---

[1/] <u>Walter M. Guyer, et al. v. Walter Redman, et al.</u>, D. Delaware, C.A. No. 83-326 MMS, was dismissed on July 8, 1986; <u>Walter M. Guyer, et al. v. Judge Collins Seitz, et al.</u>, has not been filed in the District of Delaware.